FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KASSANDRA M. MONTELONGO (1); and LUIS ANGEL LARA (2),<br><br>Defendants. | No. 1:23-CR-02039-MKD<br><br>PROTECTIVE ORDER<br><br>**ECF No. 31** |

Before the Court is the parties' Stipulated Motion for Discovery Protective Order, ECF No. 31. The Court has reviewed the stipulated motion and the record and is fully informed. The Court finds good cause under Fed. R. Crim. P. 16(d)(1) for a protection order to issue in this matter.

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Protective Order, **ECF No. 31**, is

   **GRANTED.**

ORDER – 1

**PROTECTIVE ORDER**

1. This Protective Order governs all discovery material in any format (written or electronic), and information contained therein, that is produced by the government in discovery in the above captioned case.

2. The United States will make available copies of discovery materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the discovery materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

3. The attorneys of record and members of the defense team may display and review the discovery materials with Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the discovery materials to Defendant and other persons is prohibited and agree not to duplicate or provide copies of discovery materials to Defendant and other persons.

4. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure.

5. Any discovery material, or personal identifying information contained therein, that is filed with the Court in connection with pre-trial motions, trial,

ORDER – 2

sentencing, or other matter before this Court, shall be redacted and/or filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. The provisions of this Order shall not terminate at the conclusion of this prosecution.

7. Any violation of any term or condition of this Order by Defendant, Defendant's attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Eastern District of Washington, may be held in contempt of court.

8. Upon written request of the United States Attorney's Office, the defense shall return or confirm destruction of any and all copies of the discovery to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal. If defense counsel withdraws or is disqualified from participation in this case, upon written request of the United States Attorney's Office, the defense shall return or confirm destruction of nay discovery produced pursuant to the Order to the United States within 10 days.

ORDER – 3

9. If Defendant violates any term or condition of this Order, the United States has reserved its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** July 6, 2023.


_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 4